UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWIGHT MOSLEY,

        Petitioner,        Case Number: 2:15-CV-12631
                                           HONORABLE GEORGE CARAM STEEH

v.

TONY TREIWEILER,

        Respondent.
_____/

**ORDER GRANTING PETITIONER'S MOTION TO AMEND (ECF No. 8)**
**AND MOTION FOR EXTENSION OF TIME (ECF No. 13)**

      Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Now before the Court are Petitioner's Motion to Amend and Letter-Motion for Extension of Time.

      Fed. R. App. P. 15(a)(2) allows a party to amend a pleading by leave of court and provides that the court "should freely give leave when justice so requires." Petitioner's request to amend his petition does not appear to be made in bad faith or to be an attempt to delay the proceedings. The Court will grant the motion.

      Also before the Court is Petitioner's Motion for Extension of Time. The Court's Order Requiring Responsive Pleading permitted Petitioner 45 days from the filing of a responsive pleading to file a reply. The Court finds that an enlargement of time is warranted and shall grant the motion.

      The Court GRANTS Petitioner's Motion to Amend (ECF No. 8) and Petitioner's amended petition (ECF No. 9) is accepted for filing. The Court further GRANTS

Petitioner's Motion for Extension of Time (ECF No. 13) and Petitioner's reply (ECF No. 12) and amended reply (ECF No. 14) are accepted as timely filed.

Dated: September 26, 2016

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and Dwight Mosley #819606, Bellamy Creek Corr. Facility, 1727 West Bluewater Hwy, Ionia, MI 48846 on
September 26, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk